UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 17-80664-CV-Middlebrooks

CODY WOERNER,

    Plaintiff,

v.

STATE FARM MUTUAL
AUTOMOBILE INSURANCE
COMPANY,

    Defendant.

_____/

**ORDER CLOSING CASE**

THIS CAUSE comes before the Court upon the Parties' Joint Stipulation of Dismissal with Prejudice, filed October 30, 2017. (DE 18). The Court notes, however, that pursuant to *Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272 (11th Cir. 2012), the Parties' Stipulation is self-executing and no Order of the Court is required to dismiss this action. Accordingly, it is hereby

**ORDERED and ADJUDGED** that:

1. The Clerk of Court shall **CLOSE this CASE** and **DENY all PENDING MOTIONS as MOOT.**

2. This Court will retain jurisdiction for sixty (60) days to enforce the settlement agreement.

**DONE and ORDERED** in Chambers, at West Palm Beach, Florida, this 31 day of October, 2017.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

Copies to:  Counsel of Record